# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Lucero, Carlos F**

Report Year: 2019

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/ Lucero, Carlos F [electronically signed on 05/15/2020 by Lucero, Carlos F in JEFS]**

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Carlos F. Lucero, Professional Corporation | Corporation | President and Director |

# II. Agreements

None

# III A. Filer's Non-Investment Income

| # | SOURCE | INCOME TYPE | INCOME AMOUNT |
|---|---|---|---|
| 1 | Carlos F. Lucero, P.C. - Annuity payments received for prior services performed for former clients | Fixed Retirement / Pension Benefits | $22,300 |

# III B. Spouse's Non-Investment Income

None

# IV. Reimbursements

None

# V. Gifts

None

## VI. Liabilities

None

---

## VII. Investments and Trusts

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Land, Alamosa County, CO F/K/A Commercial Building, Alamosa County, CO | See Note | None | None | $100,001 - $250,000 | Assessment | | | |
| 2 | Apartments, Alamosa County, CO | | $15,001 - $50,000 | Rent | $100,001 - $250,000 | Estimated | | | |
| 3 | 1/4 Section Farm Land; Conejos County, CO | | $1,000 or less | Rent | $15,001 - $50,000 | Estimated | | | |
| 4 | Vacant Land, Conejos County Co | | | None | $1 - $15,000 | Estimated | | | |
| 5 | 1/2 Interest in 160 Acres Rio Arriba County, NM | | None | None | $100,001 - $250,000 | Estimated | | | |
| 6 | 36 Acre Vacant Lot, Jefferson County, CO | | | None | $15,001 - $50,000 | Estimated | | | |
| 7 | Los Hermanos Luceros, Ltd Partnership (14% Interest) | | $1,001 - $2,500 | Rent | $100,001 - $250,000 | Book Value | | | |
| 8 | Carlos F. Lucero, PC (100% Stock) | | None | None | $15,000 or less | Book Value | | | |
| 9 | Brokerage #1 (H) F/K/A LCM, Inc TD Ameritrade Brokerage Account | | | | | | | | |
| 9.1 | - TD Ameritrade IDA Interest Money Market | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 9.2 | - IShares TIPS Bond ETF (TIP) | | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 9.3 | - Payden Low Duration Fund (PYSBX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 9.4 | - Pimco Low Duration Fd (PLDDX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 9.5 | - T Rowe Price Short Term Bond (PRWBX) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 10 | IRA #1 (H) F/K/A TD Ameritrade IRA Brokerage Account | | | | | | | |
| 10.1 | - SPDR Dow Jones Industrial Ave ETF Trust (DIA) | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 10.1.1 | - SPDR Dow Jones Industrial Ave ETF Trust (DIA) | | | | | Sold | 01/02/2019 | $15,000 or less |
| 10.2 | - Vanguard Funds Emerging Markets ETF (VWO) | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 10.2.1 | - Vanguard Funds Emerging Markets ETF (VWO) | | | | | Sold | 01/02/2019 | $15,000 or less |
| 10.3 | - Mathews Fds Pacific Tiger (MAPTX) | $2,501 - $5,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 10.3.1 | - Mathews Fds Pacific Tiger (MAPTX) | | | | | Purchased | 12/17/2019 | $15,000 or less |
| 10.4 | - IShares Core S&P Small-Cap ETF (IJR) | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 10.4.1 | - IShares Core S&P Small-Cap ETF (IJR) | | | | | Sold | 01/02/2019 | $15,000 or less |
| 10.4.2 | - IShares Core S&P Small-Cap ETF (IJR) | | | | | Sold | 07/12/2019 | $15,000 or less |
| 10.5 | - TD Ameritrade Insrd Dep Account | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 10.6 | - SPDR Tr S&P500 ETF Tr (SPY) | $1,000 or less | Dividend | $100,001 - $250,000 | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 10.6.1 | SPDR Tr S&P500 ETF Tr (SPY) | | | | | | Sold | 01/02/2019 | $15,000 or less |
| 10.6.2 | SPDR Tr S&P500 ETF Tr (SPY) | | | | | | Sold | 07/12/2019 | $15,000 or less |
| 10.7 | - PIMCO Real Return Fd | See Note | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 11 | IRA #1 (H) F/K/A TD Ameritrade Brokerage Account (H) | | | | | | | | |
| 11.1 | - TD Ameritrade Insrd Dep Account (Y) | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 12 | Brokerage #2 (H) F/K/A Charles Schwab Brokerage Account (H) | | | | | | | | |
| 12.1 | - Schwab Deposit Account Money Market | | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 12.2 | Equitable Life Assurance Society - Fixed Annuity | | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Estimated | | | |
| 12.3 | Safeco Life Insurance Company - Fixed Annuity | | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Estimated | | | |
| 12.4 | Colorado Bondshares | | $5,001 - $15,000 | Dividend | $250,001 - $500,000 | Cash Market | | | |
| 13 | IRA #2 (H) F/K/A TD Ameritrade IRA Rollover (H) | | | | | | | | |
| 13.1 | - Brown Capital Management SM Company (BCSSX) F/K/A ALPS Brown Capital Small Company I Fd | | $1,001 - $2,500 | Dividend | $15,000 or less | Cash Market | | | |
| 13.2 | - AQR Managed Futures Strategy R6 | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 13.3 | - Artisan Mid Cap Value Fund Advisor | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 13.4 | - Blackrock Total Return (MPHQX) | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 13.5 | - Bridgeway FD Inc Blue-Chip 35 Index Fd (BRLIX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 13.5.1 | - Bridgeway FD Inc Blue-Chip 35 Index Fd (BRLIX) | | | | | | Sold | 06/27/2019 | $15,000 or less |
| 13.6 | - Buffalo Fds Mid Cap Fd (BUFMX) | See Note | None | Dividend | None | Cash Market | | | |
| 13.7 | - Dodge and Cox Funds Intl STK FD (DODFX) | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 13.7.1 | - Dodge and Cox Funds Intl STK FD (DODFX) | | | | | | Purchased | 06/27/2019 | $15,000 or less |
| 13.7.2 | - Dodge and Cox Funds Intl STK FD (DODFX) | | | | | | Sold | 07/11/2019 | $15,000 or less |
| 13.7.3 | - Dodge and Cox Funds Intl STK FD (DODFX) | | | | | | Purchased | 09/25/2019 | $15,000 or less |
| 13.8 | - Dodge and Cox Funds Stock Fund (DODGX) | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 13.9 | - Metropolitan West Total Return Bd (MWTSX) | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 13.9.1 | - Metropolitan West Total Return Bd (MWTSX) | | | | | | Sold | 06/27/2019 | $15,000 or less |
| 13.10 | - Northern Fds Small Cap Fd (NOSGX) | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 13.10.1 | - Northern Fds Small Cap Fd (NOSGX) | | | | | | Purchased | 06/27/2019 | $15,000 or less |
| 13.11 | - T Rowe Price High Yield (PRHYX) | See Note | None | None | None | Cash Market | | | |
| 13.12 | - T Rowe Price Emerging Mkts Stock (PRMSX) | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 13.13 | - T Rowe Price Blue Chip Growth Fund (TRBCX) | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 13.13.1 | - T Rowe Price Blue Chip Growth Fund (TRBCX) | | | | | | Sold | 07/11/2019 | $15,000 or less |
| 13.14 | - T Rowe Price Equity Income (REIPX) | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 13.15 | - Franklin Templeton Investments Global Bond Advisor (TGBAX) F/K/A Templeton Global Bond Advisor (TGBAX) | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 13.15.1 | - Templeton Global Bond Advisor (TGBAX) | | | | | | Sold | 09/26/2019 | $15,000 or less |
| 13.16 | - Thornburg International Value Inst (TGVIX) | See Note | None | None | None | Cash Market | | | |
| 13.17 | - Primecap Odyssey Stock Fd (POSKX) | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 13.17.1 | - Primecap Odyssey Stock Fd (POSKX) | | | | | | Sold | 07/11/2019 | $15,000 or less |
| 13.18 | - Advisors Inner Circle II Champlain Mid Cap Instl Fd | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 13.18.1 | - Advisors Inner Circle II Champlain Mid Cap Instl Fd | | | | | | Sold | 03/27/2019 | $15,000 or less |
| 13.19 | - Invesco Funds Oppenheimer Intl Growth (OIGIX) F/K/A Oppenheimer Intl Growth I | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 13.19.1 | - Oppenheimer Intl Growth I | | | | | | Purchased | 03/27/2019 | $15,000 or less |
| 13.20 | - TCW Funds Emerging Markets | See Note | None | None | None | Cash Market | | | |
| 13.21 | - Vanguard Treasury Money Market Fund | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 13.22 | - Lazard Emerging Markets Fd (LZEMX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 13.22.1 | - Lazard Emerging Markets Fd (LZEMX) | | | | | | Sold | 03/27/2019 | $15,000 or less |
| 13.23 | - Mgd Portfolio Series Tortoise MLP & Pipeline I | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 14 | Northwestern Mutual Life Ins Co, Whole Life Insurance Policy (X) | | $5,001 - $15,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 15 | Time Share Rental Property, Avon, CO (X) | | $5,001 - $15,000 | Rent | $50,001 - $100,000 | Estimated | | | |
| 16 | Wells Fargo Certificates of Deposit | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 17 | DSL Real Estate | See Note | $1,000 or less | None | $15,000 or less | Cash Market | | | |
| 18 | 1st SouthWest Bank cash account | See Note | None | None | $15,000 or less | Cash Market | | | |
| 19 | Residential Rental Property #1, Los Angeles, CA | See Note | $15,001 - $50,000 | Rent | $500,001 - $1,000,000 | Estimated | | | |
| 20 | Residential Rental Property #2, Los Angeles, CA | See Note | $15,001 - $50,000 | Rent | $500,001 - $1,000,000 | Estimated | | | |
| 21 | Residential Rental Property #3, Los Angeles, CA | See Note | $15,001 - $50,000 | Rent | $500,001 - $1,000,000 | Estimated | | | |
| 22 | Residential Rental Property (Triplex), Los Angeles, CA | See Note | $15,001 - $50,000 | Rent | $500,001 - $1,000,000 | Estimated | | | |
| 23 | Chase Bank Savings Account | See Note | $1,000 or less | Interest | $250,001 - $500,000 | Cash Market | | | |

## Additional Information or Explanation

| PART | # | NOTE |
|---|---|---|
| VII. | 1 | Alamosa County Treasurer assessed the value of the property at $238,457. |

| PART | # | NOTE |
|------|---|------|
| VII. | 10.7 | The PIMCO Real Return Fd was reported on line 10.5 of my 2018 report |
| VII. | 13.6 | Buffalo Fds Mid Cap Value Fd (BUFMX) was sold in 2017 and was reported as sold on my 2017 report. It was reported inadvertantly on my 2018 report. |
| VII. | 13.11 | T Rowe Price High Yield (PRHYX) was sold in 2017 and was reported as sold on my 2017 report. It was reported inadvertantly on my 2018 report. |
| VII. | 13.16 | Thornburg International Value Inst (TGVIX) was sold in 2017 and was reported as sold on my 2017 report. It was reported inadvertantly on my 2018 report. |
| VII. | 13.20 | TCW Funds Emerging Markets was sold in 2017 and was reported as sold on my 2017 report. It was reported inadvertantly on my 2018 report. |
| VII. | 17 | DSL Real Estate was reported on line 13.23 of my 2018 report |
| VII. | 18 | 1st SouthWest Bank cash account was reported on line 13.24 of my 2018 report |
| VII. | 19 | Residential Rental Property #1, Los Angeles, CA was reported on line 13.25 of my 2018 report. The property was appraised after receipt by inheritance. |
| VII. | 20 | Residential Rental Property #2, Los Angeles, CA was reported on line 13.26 of my 2018 report. The property was appraised after receipt by inheritance. |
| VII. | 21 | Residential Rental Property #3, Los Angeles, CA was reported on line 13.27 of my 2018 report. The property was appraised after receipt by inheritance. |
| VII. | 22 | Residential Rental Property (Triplex), Los Angeles, CA was reported on line 13.28 of my 2018 report. The property was appraised after receipt by inheritance. |
| VII. | 23 | Chase Bank Savings Account was reported on line 13.29 of my 2018 report |